**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT 59401
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: Jeff.Starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
SEP 21 2023
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD LEE ROGERS,<br><br>Defendant. | CR 23-112-BLG-SPW<br><br>**INDICTMENT**<br><br>**THREATS TO INJURE AND MURDER A MEMBER OF THE UNITED STATES CONGRESS** (Count 1)<br>Title 18 U.S.C. § 115(a)(1)(B), (b)(4)<br>(Penalty for Threat to Murder: Ten years of imprisonment, $250,000 fine, and three years of supervised release)<br>(Penalty for Threat to Assault: Six years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>**HARASSING TELEPHONE CALLS** (Count 2)<br>Title 47 U.S.C. § 223(a)(1)(E)<br>(Penalty: Two years of imprisonment, $250,000 fine, and three years of supervised release) |

THE GRAND JURY CHARGES:

1

## COUNT 1

That on or about February 3, 2023, at or near Shepherd, in Yellowstone County, in the State and District of Montana, the defendant, RICHARD LEE ROGERS, threatened to assault and murder a member of the United States Congress, specifically Kevin McCarthy, the Speaker of the United States House of Representatives, with the intent to impede, intimidate, and interfere with such official while engaged in, and with intent to retaliate against such official on account of, the performance of his official duties, in violation of 18 U.S.C. § 115(a)(1)(B), (b)(4).

## COUNT 2

That on or about February 3, 2023, at or near Shepherd, in Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, RICHARD LEE ROGERS, in interstate and foreign communications, knowingly made repeated interstate telephone calls and repeatedly initiated communication with a telecommunications device, during which conversation and communication ensued, solely to harass a person at the called number and the person who received the communication, in violation of 47 U.S.C. § 223(a)(1)(E).

//
//
//
//
//
//

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney