**JEFFREY K. STARNES**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT 59403**
**119 First Ave. N., Suite 300**
**Great Falls, MT 59401**
**Phone:  (406) 761-7715**
**FAX:  (406) 453-9973**
**E-mail:  Jeff.Starnes@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| **UNITED STATES OF AMERICA,** | **CR 23-112-BLG-SPW** |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' NOTICE OF NUMBER OF TRIAL DAYS** |
| **RICHARD LEE ROGERS,** | |
| Defendant. | |

The United States of America by and through its counsel, Jeffrey K. Starnes, Assistant United States Attorney for the District of Montana, pursuant to the Court's Order dated October 24, 2023 (Doc. 11), notifies the Court and opposing counsel that the government estimates that trial of this matter will take two days following jury selection.

1

Dated this 24th day of October, 2023.

                              JESSE A. LASLOVICH
                              United States Attorney

                              */s/ Jeffrey K. Starnes*

                              JEFFREY K. STARNES
                              Assistant U.S. Attorney
                              Attorneys for Plaintiff