EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
175 N. 27th Street, Suite 401
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
vann_arvanetes@fd.org
    Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| UNITED STATES OF AMERICA, | Case No. CR-23-112-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF DEFENDANT'S DISCOVERY REQUEST** |
| RICHARD LEE ROGERS, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Defendant, Richard Lee Rogers, by and through his Counsel Evangelo Arvanetes, Assistant Federal Defender, and the Federal Defenders of Montana, delivered a formal discovery request in letter format dated October 24, 2023, to the Government in the above-entitled matter.

RESPECTFULLY SUBMITTED this 24th day of October, 2023.

        /s/ Evangelo Arvanetes
        EVANGELO ARVANETES
        Assistant Federal Defender
        Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on October 24, 2023, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. JEFFREY K. STARNES
   Assistant United States Attorney
   United States Attorney's Office
   119 First Avenue N., Suite 300
   Great Falls, MT 59401
       Counsel for the United States of America

3. RICHARD LEE ROGERS
       Defendant

    /s/ Evangelo Arvanetes
    EVANGELO ARVANETES
    Assistant Federal Defender
        Counsel for Defendant