IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>RICHARD LEE ROGERS,<br><br>　　　　　　　　　Defendant. | CR 23-112-BLG-SPW<br><br>**ORDER ISSUING SUMMONS** |

　　The United States has moved for the issuance of a summons for Defendant's appearance to answer its motion to revoke Defendant's pretrial release.  (Doc. 23.) The motion is supported by the Affidavit of the United States Pretrial Services Officer, setting forth alleged violations of the conditions of Defendant's pretrial release.  Good cause appearing for the issuance of a summons,

　　IT IS HEREBY ORDERED that the Clerk shall prepare and issue a summons for the Defendant to appear on **March 28, 2024, at 9:00 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

　　DATED this 13th day of March, 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge