EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 N. 27th Street, Ste. 401
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
evangelo_arvanetes@fd.org
        Attorney for Defendant

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-23-112-BLG-SPW** |
| Plaintiff, | |
| vs. | **MOTION TO MODIFY CONDITIONS OF RELEASE** |
| RICHARD LEE ROGERS, | |
| Defendant. | |

COMES NOW Defendant Richard Lee Rogers, by and through his counsel of record, the FEDERAL DEFENDERS OF MONTANA and EVANGELO ARVANETES, Assistant Federal Defender, and respectfully moves this Court for an order modifying his second Order setting conditions of release, dated March 28, 2024.  (Doc. 30).

The grounds for this motion are as follows:

1.     On or about July 10, 2024, United States Probation Officer McKenna Arledge contacted both Parties regarding an update on Mr. Rogers' Pre-Trial Supervision.

2.     At that time, the Parties were informed by Officer Arledge that Mr. Rogers has had numerous violations to his Pre-Trial Release due to alleged marijuana consumption.

3.     The present Motion to Modify Conditions of Release pertains to removing the following conditions from the second Order setting conditions of Pre-Trial Release dated March 28, 2024 (Doc. 30): paragraph #s 5, 6, 10, 11, 12, 14, and 15.

4.     Undersigned counsel has contacted United States Attorney Jeffrey Starnes who defers to the Court with regards to these modifications. WHEREFORE, Mr. Rogers respectfully requests that his conditions of release be modified as requested in this Motion.

RESPECTFULLY SUBMITTED this 15th day of July, 2024.

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
Counsel for Defendant

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on July 15, 2024, a copy of the foregoing document was

served on the following persons by the following means:


  1,2       CM-ECF
_____       Hand Delivery
  3,4       Mail
_____       Overnight Delivery Service
_____       Fax
_____       E-Mail

1.      CLERK, UNITED STATES DISTRICT COURT

2.      JEFFERY STARNES
      United States Attorney's Office
      Assistant United States Attorney
      119 First Avenue N., Suite 300
      Great Falls, MT 59401
           Counsel for the United States

3.      RICHARD LEE ROGERS
         Defendant


           /s/ Evangelo Arvanetes
           EVANGELO ARVANETES
           Federal Defenders of Montana
              Counsel for Defendant