EVANGELO ARVANETES
EDWARD M. WERNER
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 North 27th Street, Suite 401
Billings, MT 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
vann_arvanetes@fd.org
edward_werner@fd.org
     Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| UNITED STATES OF AMERICA, | Case No. CR-23-112-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S SECOND MOTION IN LIMINE TO EXCLUDE EVIDENCE** |
| RICHARD LEE ROGERS, | |
| Defendant | |

COMES NOW Defendant, Richard Lee Rogers, by and through his attorneys of record, Evangelo Arvanetes and Edward M. Werner, and the Federal Defenders of Montana, and hereby files this motion in limine to prohibit the government from introducing the following evidence:

1

A: AT&T phone call log records.

B: Phone call records from Congressman Kevin McCarthy's office from the morning of February 3, 2023.

C: Testimony from NTOC personnel.

D: Any evidence of phone calls made by Richard to other entities or individuals that are not the subject of the superseding indictment.

E: If the government seeks to play all 150 NTOC phone call recordings, then Richard moves to limit the number of phone calls to a more reasonable number.

F: Text messages from Richard to FBI Agent Deurmeier that are not relevant to Counts 1-3.

The justifications for Richard's motion are set out in the accompanying brief.

RESPECTFULLY SUBMITTED this 12th day of August, 2024.

/s/ Edward M. Werner
EDWARD M. WERNER
Federal Defenders of Montana
Counsel for Defendant

**CERTIFICATE OF SERVICE**
**L.R.5.2(b)**

I hereby certify that on August 12, 2024, a copy of the foregoing document was served on the following persons by the following means:

<u>1, 2</u>    CM-EDF
<u>    </u>    Hand Delivery
<u> 3 </u>    Mail
<u>    </u>    Overnight Delivery Service
<u>    </u>    Fax
<u>    </u>    E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. JEFFREY K. STARNES
   THOMAS GODFREY
   Assistant United States Attorney
   United States Attorney's Office
   119 First Ave. North, #300
   Great Falls, MT  59401
       Counsel for the United States of America

3. RICHARD LEE ROGERS
       Defendant

 

                                                /s/ Edward M. Werner
                                                EDWARD M. WERNER
                                                Federal Defenders of Montana
                                                    Counsel for Defendant