EVANGELO ARVANETES
EDWARD M. WERNER
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 N. 27th Street, Suite 401
Billings, MT  59101
Phone:  (406) 259-2459
Fax:  (406) 259-2569
vann_arvanetes@fd.org
edward_werner@fd.org
     Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD LEE ROGERS,<br><br>Defendant. | Case No. CR-23-112-BLG-SPW<br><br>NOTICE OF TRIAL WITNESSES |

COMES NOW, Defendant Richard Lee Rogers, by and through his Counsel of record, Evangelo Arvanetes and Edward M. Werner, Assistant Federal Defenders, and the Federal Defenders of Montana, hereby provides Notice to this Honorable Court and the Government of Mr. Rogers' intention to have the following witnesses testify at the trial scheduled for September 30, 2024.

Robert Marsh

Scott Mitchell

Fyre Goenner

Detective Kevin Jam – Yellowstone County Sheriff's Office

Chase Doak

Laurie Rogers

RESPECTFULLY SUBMITTED this 26th day of September, 2024.

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
    Counsel for Defendant


/s/ Edward M. Werner
EDWARD M. WERNER
Federal Defenders of Montana
    Counsel for Defendant

## CERTIFICATE OF SERVICE
### L.R. 5.2(b)

I hereby certify that on September 26, 2024, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-EDF |
| ___ | Hand Delivery |
| 3 | Mail |
| ___ | Overnight Delivery Service |
| ___ | Fax |
| ___ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. JEFFREY K. STARNES
   THOMAS K. GODFREY
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
   Counsel for the United States

3. RICHARD LEE ROGERS
   Defendant

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
Counsel for Defendant

/s/ Edward M. Werner
EDWARD M. WERNER
Federal Defenders of Montana
Counsel for Defendant