**DANIEL BALL**
**HENDRICKSON LAW FIRM, P.C.**
208 North Broadway, Suite 324
P.O. Box 2502
Billings, MT 59103-2502
Telephone: (406) 245-6238
Facsimile: (406) 245-6253

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

- - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 23-112-BLG-SPW |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF WITNESS** |
| RICHARD LEE ROGERS ) | **AT SENTENCING** |
| Defendant. ) | |

COMES NOW, the Defendant, Richard Lee Rogers (Richard), through counsel and respectfully provides notice to the Court of his intent to call Laurie Rogers as a witness at the February 26, 2025 Sentencing Hearing. Ms. Rogers' testimony or statement will not be lengthy.

DATED this 14th day of February, 2024.

/s/ DANIEL BALL
DANIEL BALL
Attorney for Defendant

1