IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-112-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| RICHARD LEE ROGERS, | |
| Defendant. | |

United States District Court Judge Susan P. Watters has referred this matter to the undersigned for the purpose of conducting a preliminary hearing. (Doc. 158). Accordingly,

IT IS ORDERED that a preliminary hearing is scheduled for 3:00 p.m. on March 27, 2025, with the undersigned sitting at the Russell Smith Courthouse in Missoula, and the attorneys, witnesses, and Defendant appearing by video from the James F. Battin Courthouse in Billings.

IT IS FURTHER ORDERED that on or before close of business on March

//

//

1

25, 2025, the parties shall file written notice advising the Court whether they

consent to appearing remotely for the hearing.

DATED this 24th day of March, 2025.

_____

Kathleen L. DeSoto
United States Magistrate Judge