**THOMAS K. GODFREY**
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: thomas.godfrey@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**RICHARD LEE ROGERS,**<br><br>Defendant. | CR 23-112-BLG-SPW-KLD<br><br><br>**NOTICE OF CONSENT TO HEARING BY REMOTE MEANS** |

    The United States of America, represented by Thomas K. Godfrey, Assistant U.S. Attorney for the District of Montana, hereby provides notice that it consents to the United States Magistrate Judge conducting a preliminary hearing on a petition seeking the revocation of the defendant's supervised release via remote

1

means from the federal courthouse in Missoula, Montana while the parties appear from the federal courthouse in Billings, Montana.

DATED this 24th day of March 2025.

                                        KURT G. ALME
                                      United States Attorney

                                      */s/ Thomas K. Godfrey*
                                      Assistant U. S. Attorney
                                      Attorney for Plaintiff