**DANIEL BALL**
**HENDRICKSON LAW FIRM, P.C.**
208 North Broadway, Suite 324
P.O. Box 2502
Billings, MT  59103-2502
Telephone: (406) 245-6238
Facsimile:  (406) 245-6253

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

- - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 23-112-BLG-SPW-KLD |
| Plaintiff, ) | |
| vs. ) | **MOTION FOR DETENTION HEARING** |
| RICHARD LEE ROGERS ) | |
| Defendant. ) | |
| _____ ) | |

    Comes Now the Defendant, Richard Lee Rogers (Richard) through counsel, and respectfully requests that the Court set a detention hearing and his request for release pending his final revocation hearing. Richard respectfully requests that the hearing be scheduled for March 27, 2025 at 3:00 p.m.

    Richard consents to the United States Magistrate Judge conducting a detention hearing from the federal courthouse in Missoula, Montana while the parties appear from the federal courthouse in Billings, Montana should the Court hear his Motion at the March 27, 2025 hearing.

1

The Defendant is aware of his ability to appear before the presiding United States Magistrate Judge in person and the Defendant consents to a remote appearance before the Court.

The United States has no objection to the Court hearing the Motion for Detention Hearing at this time; however, it is anticipated that the United States will be moving for detention at hearing.

DATED this 26th day of March, 2025.

/s/ DANIEL BALL
DANIEL BALL
Attorney for Defendant